UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | CASE NO. 1:10-cv-617-LJO-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION |
| v. | |
| A. DELK, | (ECF No. 10) |
| Defendant. | PLAINTIFF'S RESPONSE DUE 9/30/10 |

On June 21, 2010, Defendant filed a Motion to Dismiss [ECF No. 10]. Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m).

Plaintiff must file an opposition or a statement of non-opposition to Defendant's Motion to Dismiss not later than **September 30, 2010**. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   September 3, 2010         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE